| | | | | |
|---|---|---|---|---|
| Hilliard v. State | 48A05–1609–CR–2087 | 03/15/2017 | FRIEDLANDER, Sr.J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | ROBB, J. | Concurs |
| K.Y., In re | 79A05–1609–JT–2160 | 03/15/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Dodd v. State | 33A01–1607–CR–1543 | 03/15/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Lesiewicz v. State | 20A03–1610–CR–2320 | 03/15/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Co.S., In re | 82A01–1609–JT–2111 | 03/15/2017 | MATHIAS, J. | Remanded |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Renier v. State | 09A05–1607–CR–1709 | 03/15/2017 | ROBB, J. | Reversed and Remanded |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| S.N., In re | 02A05–1610–JT–2361 | 03/15/2017 | BRADFORD, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Kiama v. State | 71A05–1610–CR–2396 | 03/15/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| K.M., Matter of | 79A02–1609–JC–2260 | 03/15/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Hoagland v. Town of Clear Lake | 76A04–1603–SC–574 | 03/15/2017 | MATHIAS, J. | Affirmed in part, Reversed in part, and Remanded for proceedings consistent with this opinion |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |